W/F; A; C/P COURTROOM MIN. SHEET          DATE __6-4-12__

CR. CASE NO. __11-330-C__ U.S.A. -vs- __ANTHONY E. STREET__

COMMENCED __9:30__ ENDED __10:00__ TOTAL TIME __30 min__

JUDGE ROBIN J. CAUTHRON          C.R. DEPUTY LINDA GOODE          REPORTER __SHERRI GRUBBS__

COUNSEL FOR PLF. __CHRIS STEPHENS, JIM ROBINSON__

COUNSEL FOR DFT. __RON McGEE__

INTERPRETER: _____

PROCEEDINGS:     Waive/File & Arrn.          Arraignment          **Change of Plea**

MINUTE:     Enter as above.          Defendant's Age ____

**Dft. appears in person** - custody  with - ct. apptd. - retained - counsel - Public Defender

**Is fully apprized.**          Waives Counsel.          Waives Indictment.

ENTERS PLEA OF __GUILTY__ to COUNTS __1 of indictment__

COUNTS __2-17 of indictment__ to be dismissed at time of sentencing.

**Plea(s) accepted and referred to Probation Officer.**

**WAIVES JURY**

Bond set at _____ (O.R. - cash or surety)          **STAND ON PRESENT BOND**

or ADOPTS THE RECOMMENDATIONS BY THE PROBATION OFFICER.

Remanded to U.S. Marshal          Remanded to U.S. Magistrate for processing bond.

ENTER ORDER: _____

__Sentencing set Wednesday, September 5, 2012 at 10:30am__